IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOHN N. MCCARTHY            §
      PLAINTIFF,            §
                  §
v.            §     CIVIL ACTION NO. SA12-CA-0627-OG
                  §
FOURQUARTERCIRCLE, LLC            §
      DEFENDANT.            §

## PLAINTIFF'S EXHIBIT LIST TO ORIGINAL COMPLAINT

    A. United States Patent No. 7,992,366

    B. United States Patent No. 8,037,665

    C. Excerpts from Defendant's web page

    D. Letter to Defendant dated July 28, 2009

Respectfully submitted,

By: _____

Cline H. White
State Bar No. 00785229
**ROSENTHAL PAUERSTEIN**
**SANDOLOSKI AGATHER LLP**
755 E. Mulberry, Suite 200
San Antonio, TX 78212
(210) 225-5000
(210) 354-4034

US007992366B2

## (12) United States Patent
McCarthy

(10) Patent No.: **US 7,992,366 B2**
(45) Date of Patent: **Aug. 9, 2011**

(54) **DALLY HORN WRAP**

(76) Inventor: **John N. McCarthy**, Von Ormy, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/288,985**

(22) Filed: **Oct. 24, 2008**

(65) **Prior Publication Data**

US 2010/0101194 A1     Apr. 29, 2010

(51) **Int. Cl.**
*B68C 1/02*     (2006.01)

(52) **U.S. Cl.** ........................................ **54/44.1**

(58) **Field of Classification Search** ................ 54/44.1, 54/1, 44.2, 44.3, 44.4, 44.5, 44.6, 44.7; 119/712, 119/805, 795, 797, 798; B68C 1/14, 1/02; A01K 27/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,507 A | * | 7/1850 | Fisher | 54/44.4 |
| 443,241 A | * | 12/1890 | Northrup | 54/44.1 |
| 3,196,595 A | * | 7/1965 | McKeen, Jr. | 54/44.1 |
| 3,707,827 A | * | 1/1973 | Strang | 54/44.1 |
| 4,164,834 A | * | 8/1979 | Christensen | 54/46.1 |
| 4,608,812 A | * | 9/1986 | Willson | 54/46.1 |
| 4,942,721 A | * | 7/1990 | Van Scoyk | 54/46.1 |
| 5,212,934 A | * | 5/1993 | Brown | 54/46.1 |
| 5,329,671 A | * | 7/1994 | Walczak et al. | 24/20 R |
| 5,740,764 A | * | 4/1998 | Jacobsen | 119/798 |
| 6,145,478 A | * | 11/2000 | Boyd et al. | 119/725 |
| 6,279,203 B1 | * | 8/2001 | Hundley et al. | 24/16 PB |
| 6,763,650 B1 | * | 7/2004 | Snow | 54/71 |
| 2006/0107626 A1 | * | 5/2006 | Wilson | 54/44.1 |
| 2006/0248863 A1 | * | 11/2006 | Gorman | 54/44.1 |
| 2009/0000568 A1 | * | 1/2009 | Titcomb et al. | 119/798 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2669914 A1 | * | 6/1992 |
| GB | 2375700 A | * | 11/2002 |

* cited by examiner

*Primary Examiner* — Son T. Nguyen

(57) **ABSTRACT**

The present invention is a wrap designed to protect the saddle horn when a lariat rope is dallied around it and pressure applied, as when roping cattle in the sports of team and calf roping. The horn wrap consists of a strap having desired elasticity and durability, as well as a sufficient coefficient of friction. The horn wrap can have one or two apertures at the tips which can be pulled over the saddle horn and act to attach the horn wrap to the saddle horn. Generally anticipated to be in a generally bell shape, the attachment pieces act to protect the saddle pommel near the base of the saddle horn. The horn wrap may be beveled near its edges so as to allow for smooth layers on the saddle horn which can increase the contact of the rope to the saddle horn to increase the friction resisting the dally sliding when weight is applied to the rope.

11 Claims, 8 Drawing Sheets



# Exhibit A



Figure 1.



Figure 2.



Figure 3.



Figure 4



Figure 5.

Case 5:12-cv-00627-OLG   Document 4   Filed 06/26/12   Page 8 of 36



Figure 6.



Figure 7a.



Figure 7b.



Figure 7c.

**1**

## DALLY HORN WRAP

### BACKGROUND OF THE INVENTION

1. Field of the Invention

Applicants' invention relates to a device for protecting the saddle horn and swells of a saddle. More particularly, it relates to a wrap designed to protect the saddle horn and swells when a lariat rope is dallied around it and pressure applied, as when roping cattle in the sports of team and calf roping.

2. Background Information

Roping cattle from horseback is a historical process that many recognize. Branding and doctoring the cattle necessitated that cowboys capture the animals, and early ranches where this process completed without the benefit or aid or pens and specialized shoots necessitated a very specific skill of the cowboys, as well as necessitating specialized equipment. Part of this specialized equipment included development of the western saddle. These skills and equipment in practice in many places yet today.

Many people are also familiar with the transition that was made of the various roping styles to rodeo events. One of the roping styles that found its way to the rodeo arena, and continues to grow in popularity, is the sport of team roping. Team roping, as its name implies, is an event that is completed by two ropers. The first roper, called the header, ropes the animals first and either ropes the animal around the neck or, more preferably, around the horns. The second roper, called the healer, waits for the header to slow the animal and turn the animal at an approximate 90-degree angle before roping the animal's hind legs.

In a typical rodeo run, the steer is placed in a starting gate called a shoot. Behind the shoot is a three-sided area called the box in which the header and healer start on their horses. Traditionally, the header and healer were in a double-box to the rear and on the right side of the steer. However, in the last few decades, it has become most common that the header starts in a box to the rear and on the left side of the steer, while the healer starts in a box to the rear and on the right side of the steer. The header calls for the steer to be released by nodding his head or otherwise indicating his readiness. The steer is given a designated head start, called a score, and the ropers (or at least the header) are required to wait in the box until the steer reaches a certain point, at which time they can leave the box in pursuit of the steer.

Once the ropers leave the box, their horses chase the steer an attempt to close the distance between the animals. As the header gets closer to the steer, he generally attempts to arrive to the rear of the animal close enough to rope it and slightly to its left. Meanwhile, the healer rates his horse back and to the right of the steer such that he is ready to close the gap after the header ropes, but also he can attempt to help keep the steer from ducking to the right.

Once the roper has gotten close enough to the steer to rope, he ropes the steer around the horns or neck and pulls his slack to tighten the loop around the steer's horns. He then takes a couple of wraps around his saddle horn with the free end of the rope (the "dally") so that the steer is effectively attached by the rope to the saddle of the horse and rider. The header then signals his horse to slow which also slows the steer slightly. Then he turns his head horse off to the left at approximately a 90-degree angle such that the steer is then pulled to the left as well. Once the steer changes directions, the healer is then allowed to take his throw at the heels of the steer. He attempts to rope both hind feet, although roping one hind foot is a legal catch as well, albeit one with a penalty. Once the

**2**

healer ropes the hind feet, he dallies his rope as well and stops his horse. The header continues until he takes the slack out of his rope, then turns his horse to face the steer, leaving the steer immobilized between the two horses.

The western saddle was traditionally, and is still, used on working horses on cattle ranches throughout the United States, particularly in the west. They are the "cowboy" saddles familiar to movie viewers and rodeo fans. The western saddle is characterized as allowing great freedom of movement to the horse, and security to the rider and strong control of the horse. One extremely functional item is virtually always identified with the western saddle—the saddle "horn."

As is evident from the description of team roping above, the saddle horn is integral to roping cattle, whether it is in team roping as described above, or in branding, doctoring, tie-down calf roping, or other instances in which an animal is roped and snubbed to the roper's saddle. The saddle horn allows cowboys to control cattle by use of a rope around the neck, horns, or legs of the animal, tied or dallied around the horn. A "dally" is the term for when the rope is wrapped around the horn, without a knot, to cinch the bovine to the saddle. The free end of the rope is wrapped around the horn and held by the cowboy. The cowboy can then hold the free end tight or let it slide around the horn to best control the cow. Given that the horn must thus accept the weight of both the horse and steer, the horn is subject to extreme pressure. Likewise, as the dally is tighten, or is allowed to slide, there is an enormous amount of friction developed between the rope and the saddle horn.

The saddle horn is generally covered with leather or rawhide and is susceptible to being damaged by the friction. As a result, cowboys often wrap their saddle horns with protective material that can be disposed of as it becomes damaged by the friction, removed, and replaced.

Probably the most common and popular of modern horn wraps are strips of rubble inner tube, where the strips are cut perpendicular to the tube so that a circle of rubber stripping is obtained. The strip is then pulled and stretched about the saddle horn until it is tight and covers the horn. It is then tied onto itself.

Other horn protective materials have been developed, such as the saddle horn friction fitting described by Jones in U.S. Pat. No. 6,062,006. The '006 patent describes a hollow cylindrical fitting piece of rubber sized with an inner diameter sufficiently undersized in relation to the saddle horn that it achieves a tight, tensioned fit over the saddle horn. In practice however, in order for the single piece unit to be sufficiently tight to keep from turning when under the stress of a dally, it is so small that it is extremely difficult to install on the saddle horn. Likewise, when it needs to be replaced, it is very hard to remove, or it must either be cut off, creating the possibility of damaging the saddle horn.

### SUMMARY OF THE INVENTION

The present invention consists of a horn wrap. The present invention provides a novel apparatus that will protect the saddle horn.

The present invention also provides for a horn wrap having the following beneficial characteristics:

a. even, smooth layers

b. wrap is reversible

c. increased contact with rope due to uniformity

d. protects pommel at base of saddle horn

e. easier application than traditional wraps and methods

f. increased useful life

US 7,992,366 B2

| 3 | 4 |

g. variable wrap width
h. wrap tightens when dally applied

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**. is a perspective view of the present invention.

FIG. **2**. is a perspective view of a second embodiment of the present invention.

FIG. **3**. is a sectional view of the present invention taken along line A-A in FIG. **1**.

FIG. **4**. is a top view of a third embodiment of the present invention.

FIG. **5**. is a top view of a fourth embodiment of the present invention.

FIG. **6**. is a side elevation view of a saddle.

FIG. **7a**. is a front elevation view of a saddle.

FIG. **7b**. is a front elevation view of a saddle, and illustrating the present invention being applied to the saddle horn.

FIG. **7c**. is a front elevation view of a saddle, and illustrating the present invention being applied to the saddle horn.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to the figures in which like reference features indicate corresponding elements throughout the several views.

| Ref. No. | Element |
|---|---|
| 100 | Horn wrap |
| 10 | Strap |
| 10a | Strap first end |
| 10b | Strap second end |
| 12 | Strap bevel |
| 14 | Shoulder |
| 16 | Strap center |
| 18 | Strap edge |
| 20a | First aperture |
| 20b | Second aperture |
| 22a | First bell attachment piece |
| 22b | Second bell attachment piece |
| 24a | First bell curvature axis |
| 24b | Second bell curvature axis |
| 26a | First tip |
| 26b | Second tip |
| 28a | First straight attachment piece |
| 28b | Second straight attachment piece |
| 30 | Saddle |
| 32 | Horn cap |
| 34 | Horn |
| 36 | Gullet Slot |
| 38 | Seat |
| 40 | Pommel or Swells |
| 42 | Gullet |
| 44 | Rope |
| 46 | Cantle |
| A-A | Horn wrap cross-sectional view |
| B | Livestock rope end |
| C | Rider rope end |
| D | Horn wrap binding direction |

Attention is first directed to FIG. **1** which illustrates Attention is first directed to FIG. **1**, which illustrates a first embodiment of the horn wrap **100**. The horn wrap **100** consists generally of a strap **10** having a first end **10a** and a second end **10b**, and a first tip **26a** and a second tip **26b**. The strap **10** is an elongated piece of material that may be made from a number of materials which exhibit desired characteristics. The desired characteristics include elasticity, and durability, as well as a sufficient coefficient of friction.

In its first embodiment, the horn wrap **100** incorporates first and second apertures **20a** and **20b** at the first and second tips **26a** and **26b**. Additionally, the strap has a first width, while the first and second tips **26a** and **26b** may be formed into a first bell attachment piece **22a** and a second bell attachment piece **22b**. The first and second bell attachment pieces **22a** and **22b** have broadened, second and third widths as compared to the first width of the strap **10**. While a first embodiment of the first and second bell attachment pieces **22a** and **22b** have been described herein as bell shaped, it is anticipated that the attachment pieces may be any shape that provides increased width as compared to the strap **10**, as such the attachment pieces could be manufactured in any of generally circular, oval, bell, square, rectangular, or other shapes.

In generally the center of the first and second bell attachment pieces **22a** and **22b** are first and second apertures **20a** and **20b**. The first and second apertures **20a** and **20b** are sized such that they fit around the saddle horn **34**. Further, the elasticity of the horn wrap **100** and the first and second bell attachment pieces **22a** and **22b** allows the first and second apertures **20a** and **20b** to stretch over the horn cap **32**.

The strap **10** has a strap center **16** of a desired thickness. At both sides of the strap center **16** is a shoulder **14** and a strap edge **18**. The thickness of the strap **10** can narrow from the shoulder **14** to the strap edge **18**. This beveling allows the horn wrap **100**, when the edges **18** of the horn wrap **100** are lapped over themselves to be a relatively smooth surface presented on the horn **34**.

The first and second bell attachment pieces **22a** and **22b** are integrated into the ends of the strap **10**, and are designed for attachment to the horn **34** or to another portion of the saddle **30**.

FIG. **2** illustrates a second embodiment of the horn wrap **100**. Many of the same elements as in FIG. **1** are evident. However, it is anticipated that the horn wrap **100** may be shaped so as to have the first and second bell attachment pieces **22a** and **22b** incorporate a curvature along the first and second bell curvature axis **24a** and **24b**. This curvature of the first and second bell attachment pieces **22a** and **22b** provide for attachment of the horn wrap **100** over the horn **34** to fit closely against the pommel **40**.

FIG. **3** illustrates a sectional view of the horn wrap **100** at the point as indicated in FIG. **1** along axis A-A. This figure illustrates the greater thickness in the strap center **16** portion of the strap **10**, as well as the beveling of the strap **10** from the shoulder **14** to the strap edge **18**. The beveling is referred to as the strap bevel **12**. It is anticipated that the strap bevel **12** will be incorporated in to the strap **10** on both sides of the center axis. This will allow for the horn wrap **100** to be applied in either direction and with either side out from the horn **34**.

FIG. **4** illustrates another embodiment of the horn wrap **100**. In this embodiment, the horn wrap **100** incorporates first bell attachment piece **22a** along with a second straight attachment piece **28b**. It is anticipated that the shape of the first bell attachment piece **22a** would help protect the pommel **40** from friction and scoring by the rope **44**. However, it is also anticipated that the horn wrap **100** would act to protect the horn **34** regardless of whether the attachment pieces are straight or bell-shaped. Having a single bell attachment piece **22a** as shown in this figure does allow for protection of the pommel **40** without having a bell-shaped attachment piece at both ends of the strap **10**.

FIG. **5** is another embodiment of the horn wrap **100**. In this figure, the horn wrap **100** is shown with first and second straight attachment pieces **28a** and **28b**. In this embodiment, the strap **10** has a the first width, while the first and second

US 7,992,366 B2

5

straight attachment pieces 28a and 28b have second and third widths that are equal to the first width.

FIG. 6 illustrates a saddle 30 having a horn 34 topped by a horn cap 32 at the front of the saddle 30. The horn 34 is set atop a pommel 40 (also referred to as the swells) which is at the front of the seat 38. The back of the seat 38 is the cantle 46. The swells 40 are somewhat curved on the underneath creating an open area referred to as the gullet 42. Where the seat 38 attaches to the pommel 40, an opening is left near the center of the seat 38 where it attaches at the front to the pommel 40. This aperture is referred to as the gullet slot 36.

In most instances when a rope 44 is dallied about the horn 34, it is done so in a counterclockwise direction. In this figure, the end of the rope 44 that is attached to the animal is at point B while the end of the rope 44 held by the rider is at point C. When weight is applied at the end of rope 44, torque and friction is applied in a clockwise direction. In any case, torque and friction are applied in a direction opposite that of the direction of the dally taken by the rider. As stated above, it is typical that dallies are taken in a counterclockwise direction because most ropers are right-handed and right-handed ropers dally counterclockwise.

In order to best counteract the torque and friction applied to it by the weight, the horn wrap 100 is applied to the horn 34 in a clockwise direction as indicated by arrow D. Applying the horn wrap 100 in the direction D, which is the same direction as the direction of torque as applied by the rope 44 results in the horn wrap 100 tightening about the horn 34 when torque and friction are applied by the rope 44.

FIG. 7A is a front view of the saddle 30. It better illustrates the open area of the gullet 42 as circumscribed by the pommel 40. It also indicates the general positioning of the horn 34, horn cap 32 and gullet slot 36.

In order to apply the horn wrap 100, the first bell attachment piece 22a (in a first embodiment of the horn wrap 100) is applied about the horn 34. The first tip 26a of the horn wrap 100 is thus anchored to the horn 34. The second tip 26b of the horn wrap 100 can then be extended from the horn 34, wrapped around the pommel 40 and through the gullet slot 36. The horn wrap 100 can then be wrapped about the horn 34. Once again, arrow D indicates the direction of the anticipated wrapping of the horn wrap 100. However, the horn wrap 100 can be wrapped in either direction about the horn 34, but should be wrapped in the direction opposition that the rider intends to apply the dally.

FIG. 7C illustrates the horn wrap 100 further applied to the horn 34. In this figure, the horn wrap 100 has been attached to the horn 34 via the first bell attachment piece 22A. The horn wrap 100 has been wrapped around the pommel 40 through the gullet 42 and the gullet slot 36. It has then been wrapped around the horn 34 in an even layering of the strap 10. The second tip 26b can now be extended through the gullet slot 36 around the pommel 40 and through the gullet 42, then applied around the horn cap 32 and anchored about the horn 34. Applied in this manner, the horn wrap 100 presents a smooth surface on the horn 34 about which dally wraps may be taken. The smooth surface allows for virtually one hundred percent contact of the rope 44 to the horn wrap 100. This allows for greater friction to be applied by the horn wrap 100 to the rope 44 helping to stop the animal at the end of rope 44. Because both either of the first or second attachment pieces may be applied to the saddle horn 34 first, the horn wrap 100 may be used in orientation until such time as it becomes scorched and the rider wishes to remove it, flip it over and attach it as in a second orientation using the opposite attachment piece for the first attachment to the horn 34. Likewise, the double strap bevel 12 allows for this secondary use as well. The horn wrap

6

100 and its first and second bell attachment pieces 22a and 22b act to protect both the horn 34 and the pommel 40. The horn wrap 100 is easier to apply than traditional wraps because of the attachment pieces built into the horn wrap 100 itself. Further, because of the smooth, even layers of the horn wrap 100 as it is applied to the horn 34, the horn wrap 100 enjoys a comparatively longer useful life.

Finally, the width of the strap 10 can be varied. A narrow strap 10 width allows for many turns by the strap 10 about the horn 34, whereas a wider strap 10 width provides for quick application and only a few turns about the horn 34.

Although the invention has been described with reference to specific embodiments, this description is not meant to be construed in a limited sense. Various modifications of the disclosed embodiments, as well as alternative embodiments of the inventions will become apparent to persons skilled in the art upon the reference to the description of the invention. It is, therefore, contemplated that the appended claims will cover such modifications that fall within the scope of the invention.

I claim:

1. An apparatus for protecting a saddle horn from friction applied by a rope comprising:

a strap, said strap being elongated and said strap having a first width;

a first attachment piece attached to said strap at a first end of said strap, said first attachment piece having a second width;

an aperture through said first attachment piece, wherein said aperture, when in use, fits around said saddle horn; and

wherein said strap and said first attachment piece are elastic in nature a second attachment piece attached to said strap at a second end of said strap, said second attachment piece having a third width; wherein said third width is wider than said first width; and an aperture through said second attachment piece, wherein said aperture, when in use, fits around said saddle horn; and wherein said second attachment piece is elastic in nature.

2. The apparatus of claim 1, wherein said second width is wider than said first width.

3. The apparatus of claim 2, wherein said first attachment piece is one of a generally circular, oval, bell, square, or rectangular shape.

4. The apparatus of claim 3, wherein said strap comprises:

a strap center;

a strap bevel adjoining said strap center at a shoulder;

and a strap edge at the edge of said strap bevel opposite said shoulder,

wherein said strap center has a first thickness, and said strap bevel has a decreasing thickness from said shoulder to said strap edge.

5. The apparatus of claim 3, wherein said first and second attachment pieces have curvature axes running perpendicular to said strap in the same plane as the width of said strap and generally through said apertures of each said attachment pieces, and wherein said first and second attachment pieces are curved about said curvature axes.

6. The apparatus of claim 2, wherein said strap comprises:

a strap center;

a strap bevel adjoining said strap center at a shoulder;

and a strap edge at the edge of said strap bevel opposite said shoulder,

wherein said strap center has a first thickness, and said strap bevel has a decreasing thickness from said shoulder to said strap edge.

US 7,992,366 B2

7

**7**. The apparatus of claim **2**, wherein said first attachment piece has a curvature axis running perpendicular to said strap in the same plane as the width of said strap and generally through said aperture, and wherein said first attachment piece is curved about said curvature axis.

**8**. The apparatus of claim **1**, wherein said strap comprises:
a strap center;
a strap bevel adjoining said strap center at a shoulder;
and a strap edge at the edge of said strap bevel opposite said shoulder,
wherein said strap center has a first thickness, and said strap bevel has a decreasing thickness from said shoulder to said strap edge.

8

**9**. The apparatus of claim **1**, wherein said first and second attachment pieces are of a generally circular, oval, bell, square, or rectangular shape.

**10**. The apparatus of claim **1**, wherein said first attachment piece has a curvature axis running perpendicular to said strap in the same plane as the width of said strap and generally through said aperture, and wherein said first attachment piece is curved about said curvature axis.

**11**. The apparatus of claim **1**, wherein said first width and said second width are equal.

*     *     *     *     *



US008037665B2

(12) **United States Patent**
McCarthy

(10) **Patent No.:** **US 8,037,665 B2**
(45) **Date of Patent:** *Oct. 18, 2011

(54) **DALLY HORN WRAP**

(76) Inventor: **John N. McCarthy**, Von Ormy, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/653,429**

(22) Filed: **Dec. 14, 2009**

(65) **Prior Publication Data**

US 2010/0162669 A1 Jul. 1, 2010

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 12/288,985, filed on Oct. 24, 2008, now Pat. No. 7,992,366.

(51) **Int. Cl.**
*B68C 1/02* (2006.01)

(52) **U.S. Cl.** ...................................................... **54/44.1**

(58) **Field of Classification Search** ................... 54/44.1, 54/1, 44.2, 44.3, 44.4, 44.5, 44.6, 44.7; 119/712, 119/805, 798, 795, 797
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,507 | A | * | 7/1850 | Fisher .............................. 54/44.4 |
| 443,241 | A | * | 12/1890 | Northrup ......................... 54/44.1 |
| 3,196,595 | A | * | 7/1965 | McKeen, Jr. .................... 54/44.1 |
| 3,707,827 | A | * | 1/1973 | Strang .............................. 54/44.1 |
| 4,164,834 | A | * | 8/1979 | Christensen ..................... 54/46.1 |
| 4,608,812 | A | * | 9/1986 | Willson ........................... 54/46.1 |
| 4,942,721 | A | * | 7/1990 | Van Scoyk ...................... 54/46.1 |
| 5,212,934 | A | * | 5/1993 | Brown .............................. 54/46.1 |
| 5,329,671 | A | * | 7/1994 | Walczak et al. ............... 24/20 R |
| 5,740,764 | A | * | 4/1998 | Jacobsen ........................ 119/798 |
| 6,145,478 | A | * | 11/2000 | Boyd et al. .................... 119/725 |
| 6,279,203 | B1 | * | 8/2001 | Hundley et al. ............ 24/16 PB |
| 6,763,650 | B1 | * | 7/2004 | Snow ................................ 54/71 |
| 2006/0107626 | A1 | * | 5/2006 | Wilson ........................... 54/44.1 |
| 2006/0248863 | A1 | * | 11/2006 | Gorman ........................... 54/44.1 |
| 2009/0000568 | A1 | * | 1/2009 | Titcomb et al. .............. 119/798 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| FR | 2669914 | A1 | * | 6/1992 |
| GB | 2375700 | A | * | 11/2002 |

* cited by examiner

*Primary Examiner* — Son T. Nguyen

(57) **ABSTRACT**

The present invention is a wrap designed to protect the saddle horn when a lariat rope is dallied around it and pressure applied, as when roping cattle in the sports of team and calf roping. The horn wrap consists of a strap having desired elasticity and durability, as well as a sufficient coefficient of friction. The horn wrap can have one or two apertures at the tips which can be pulled over the saddle horn and act to attach the horn wrap to the saddle horn. Generally anticipated to be in a generally bell shape, the attachment pieces act to protect the saddle pommel near the base of the saddle horn. The horn wrap may be beveled near its edges so as to allow for smooth layers on the saddle horn which can increase the contact of the rope to the saddle horn to increase the friction resisting the dally sliding when weight is applied to the rope.

**16 Claims, 12 Drawing Sheets**



**Exhibit B**



FIG. 1.



FIG. 2.



FIG. 3.



FIG. 4.

Case 5:12-cv-00627-OLG    Document 4    Filed 06/26/12    Page 20 of 36



FIG. 5.



FIG. 6.



FIG. 7a.



FIG. 7b.



**FIG. 7c.**



FIG. 8



FIG. 9



FIG. 10



FIG. 11

US 8,037,665 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**DALLY HORN WRAP**

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application is a continuation-in-part of copending U.S. application Ser. No. 12/288,985 filed on 24 Oct. 2008, now U.S. Pat. No. 7,992,366 which is incorporated herein by reference.

BACKGROUND OF THE INVENTION

1. Field of the Invention

Applicants' invention relates to a device for protecting the saddle horn and swells of a saddle. More particularly, it relates to a wrap designed to protect the saddle horn and swells when a lariat rope is dallied around it and pressure applied, as when roping cattle in the sports of team and calf roping.

2. Background Information

Roping cattle from horseback is a historical process that many recognize. Branding and doctoring the cattle necessitated that cowboys capture the animals, and early ranches where this process completed without the benefit or aid or pens and specialized shoots necessitated a very specific skill of the cowboys, as well as necessitating specialized equipment. Part of this specialized equipment included development of the western saddle. These skills and equipment in practice in many places yet today.

Many people are also familiar with the transition that was made of the various roping styles to rodeo events. One of the roping styles that found its way to the rodeo arena, and continues to grow in popularity, is the sport of team roping. Team roping, as its name implies, is an event that is completed by two ropers. The first roper, called the header, ropes the animals first and either ropes the animal around the neck or, more preferably, around the horns. The second roper, called the healer, waits for the header to slow the animal and turn the animal at an approximate 90-degree angle before roping the animal's hind legs.

In a typical rodeo run, the steer is placed in a starting gate called a shoot. Behind the shoot is a three-sided area called the box in which the header and healer start on their horses. Traditionally, the header and healer were in a double-box to the rear and on the right side of the steer. However, in the last few decades, it has become most common that the header starts in a box to the rear and on the left side of the steer, while the healer starts in a box to the rear and on the right side of the steer. The header calls for the steer to be released by nodding his head or otherwise indicating his readiness. The steer is given a designated head start, called a score, and the ropers (or at least the header) are required to wait in the box until the steer reaches a certain point, at which time they can leave the box in pursuit of the steer.

Once the ropers leave the box, their horses chase the steer an attempt to close the distance between the animals. As the header gets closer to the steer, he generally attempts to arrive to the rear of the animal close enough to rope it and slightly to its left. Meanwhile, the healer rates his horse back and to the right of the steer such that he is ready to close the gap after the header ropes, but also he can attempt to help keep the steer from ducking to the right.

Once the roper has gotten close enough to the steer to rope, he ropes the steer around the horns or neck and pulls his slack to tighten the loop around the steer's horns. He then takes a couple of wraps around his saddle horn with the free end of the rope (the "dally") so that the steer is effectively attached

by the rope to the saddle of the horse and rider. The header then signals his horse to slow which also slows the steer slightly. Then he turns his head horse off to the left at approximately a 90-degree angle such that the steer is then pulled to the left as well. Once the steer changes directions, the healer is then allowed to take his throw at the heels of the steer. He attempts to rope both hind feet, although roping one hind foot is a legal catch as well, albeit one with a penalty. Once the healer ropes the hind feet, he dallies his rope as well and stops his horse. The header continues until he takes the slack out of his rope, then turns his horse to face the steer, leaving the steer immobilized between the two horses.

The western saddle was traditionally, and is still, used on working horses on cattle ranches throughout the United States, particularly in the west. They are the "cowboy" saddles familiar to movie viewers and rodeo fans. The western saddle is characterized as allowing great freedom of movement to the horse, and security to the rider and strong control of the horse. One extremely functional item is virtually always identified with the western saddle—the saddle "horn."

As is evident from the description of team roping above, the saddle horn is integral to roping cattle, whether it is in team roping as described above, or in branding, doctoring, tie-down calf roping, or other instances in which an animal is roped and snubbed to the roper's saddle. The saddle horn allows cowboys to control cattle by use of a rope around the neck, horns, or legs of the animal, tied or dallied around the horn. A "dally" is the term for when the rope is wrapped around the horn, without a knot, to cinch the bovine to the saddle. The free end of the rope is wrapped around the horn and held by the cowboy. The cowboy can then hold the free end tight or let it slide around the horn to best control the cow. Given that the horn must thus accept the weight of both the horse and steer, the horn is subject to extreme pressure. Likewise, as the dally is tighten, or is allowed to slide, there is an enormous amount of friction developed between the rope and the saddle horn.

The saddle horn is generally covered with leather or rawhide and is susceptible to being damaged by the friction. As a result, cowboys often wrap their saddle horns with protective material that can be disposed of as it becomes damaged by the friction, removed, and replaced.

Probably the most common and popular of modern horn wraps are strips of rubble inner tube, where the strips are cut perpendicular to the tube so that a circle of rubber stripping is obtained. The strip is then pulled and stretched about the saddle horn until it is tight and covers the horn. It is then tied onto itself.

Other horn protective materials have been developed, such as the saddle horn friction fitting described by Jones in U.S. Pat. No. 6,062,006. The '006 patent describes a hollow cylindrical fitting piece of rubber sized with an inner diameter sufficiently undersized in relation to the saddle horn that it achieves a tight, tensioned fit over the saddle horn. In practice however, in order for the single piece unit to be sufficiently tight to keep from turning when under the stress of a daily, it is so small that it is extremely difficult to install on the saddle horn. Likewise, when it needs to be replaced, it is very hard to remove, or it must either be cut off, creating the possibility of damaging the saddle horn.

SUMMARY OF THE INVENTION

The present invention consists of a horn wrap. The present invention provides a novel apparatus that will protect the saddle horn.

US 8,037,665 B2

| 3 | 4 |

The present invention also provides for a horn wrap having the following beneficial characteristics:

   a. even, smooth layers
   b. wrap is reversible
   c. increased contact with rope due to uniformity
   d. protects pommel at base of saddle horn
   e. easier application than traditional wraps and methods
   f. increased useful life
   g. variable wrap width
   h. wrap tightens when dally applied
   i. allows the user to adjust the length of the wrap to fit different sized saddles
   j. reversible textured surface alternatively provides increased friction or increased shock absorption
   k. wrap is not twisted on saddle horn

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1. is a perspective view of the present invention.

FIG. 2. is a perspective view of a second embodiment of the present invention.

FIG. 3. is a sectional view of the present invention taken along line A-A in FIG. 1.

FIG. 4. is a top view of a third embodiment of the present invention.

FIG. 5. is a top view of a fourth embodiment of the present invention.

FIG. 6. is a side elevation view of a saddle.

FIG. 7a. is a front elevation view of a saddle.

FIG. 7b. is a front elevation view of a saddle, and illustrating the present invention being applied to the saddle.

FIG. 7c. is a front elevation view of a saddle, and illustrating the present invention being applied to the saddle horn.

FIG. 8. is a perspective view of the horn wrap.

FIG. 9. is a perspective view of the horn wrap with texturing.

FIG. 10. is a schematic of a first embodiment of the texturing.

FIG. 11. is a front elevation view of a saddle horn, and illustrating the multi-layered, non-twisted horn wrap on the saddle horn.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to the figures in which like reference features indicate corresponding elements throughout the several views.

| Ref. No. | Element |
|----------|---------|
| 100 | Horn wrap |
| 10 | Strap |
| 10a | Strap first end |
| 10b | Strap second end |
| 12 | Strap bevel |
| 14 | Shoulder |
| 16 | Strap center |
| 18 | Strap edge |
| 20a | First aperture |
| 20b | Second aperture |
| 22a | First bell attachment piece |
| 22b | Second bell attachment piece |
| 24a | First bell curvature axis |
| 24b | Second bell curvature axis |
| 26a | First tip |
| 26b | Second tip |
| 28a | First straight attachment piece |

-continued

| Ref. No. | Element |
|----------|---------|
| 28b | Second straight attachment piece |
| 30 | Saddle |
| 32 | Horn cap |
| 34 | Horn |
| 36 | Gullet Slot |
| 38 | Seat |
| 40 | Pommel or Swells |
| 42 | Gullet |
| 44 | Rope |
| 46 | Cantle |
| 48 | Texturing |
| 50 | Outer layer |
| A-A | Horn wrap cross-sectional view |
| B | Livestock rope end |
| C | Rider rope end |
| D | Horn wrap binding direction |

Attention is first directed to FIG. 1 which illustrates Attention is first directed to FIG. 1, which illustrates a first embodiment of the horn wrap 100. The horn wrap 100 consists generally of a strap 10 having a first end 10a and a second end 10b, and a first tip 26a and a second tip 26b. The strap 10 is an elongated piece of material that may be made from a number of materials which exhibit desired characteristics. The desired characteristics include elasticity, and durability, as well as a sufficient coefficient of friction.

In its first embodiment, the horn wrap 100 incorporates first and second apertures 20a and 20b at the first and second tips 26a and 26b. Additionally, the strap has a first width, while the first and second tips 26a and 26b may be formed into a first bell attachment piece 22a and a second bell attachment piece 22b. The first and second bell attachment pieces 22a and 22b have broadened, second and third widths as compared to the first width of the strap 10. While a first embodiment of the first and second bell attachment pieces 22a and 22b have been described herein as bell shaped, it is anticipated that the attachment pieces may be any shape that provides increased width as compared to the strap 10, as such the attachment pieces could be manufactured in any of generally circular, oval, bell, square, rectangular, or other shapes.

In generally the center of the first and second bell attachment pieces 22a and 22b are first and second apertures 20a and 20b. The first and second apertures 20a and 20b are sized such that they fit around the saddle horn 34. Further, the elasticity of the horn wrap 100 and the first and second bell attachment pieces 22a and 22b allows the first and second apertures 20a and 20b to stretch over the horn cap 32.

The strap 10 has a strap center 16 of a desired thickness. At both sides of the strap center 16 is a shoulder 14 and a strap edge 18. The thickness of the strap 10 can narrow from the shoulder 14 to the strap edge 18. This beveling allows the horn wrap 100, when the edges 18 of the horn wrap 100 are lapped over themselves to be a relatively smooth surface presented on the horn 34.

The first and second bell attachment pieces 22a and 22b are integrated into the ends of the strap 10, and are designed for attachment to the horn 34 or to another portion of the saddle 30.

FIG. 2 illustrates a second embodiment of the horn wrap 100. Many of the same elements as in FIG. 1 are evident. However, it is anticipated that the horn wrap 100 may be shaped so as to have the first and second bell attachment pieces 22a and 22b incorporate a curvature along the first and second bell curvature axis 24a and 24b. This curvature of the first and second bell attachment pieces 22a and 22b provide

5

for attachment of the horn wrap 100 over the horn 34 to fit closely against the pommel 40.

FIG. 3 illustrates a sectional view of the horn wrap 100 at the point as indicated in FIG. 1 along axis A-A. This figure illustrates the greater thickness in the strap center 16 portion of the strap 10, as well as the beveling of the strap 10 from the shoulder 14 to the strap edge 18. The beveling is referred to as the strap bevel 12. It is anticipated that the strap bevel 12 will be incorporated in to the strap 10 on both sides of the center axis. This will allow for the horn wrap 100 to be applied in either direction and with either side out from the horn 34.

FIG. 4 illustrates another embodiment of the horn wrap 100. In this embodiment, the horn wrap 100 incorporates first bell attachment piece 22a along with a second straight attachment piece 28b. It is anticipated that the shape of the first bell attachment piece 22a would help protect the pommel 40 from friction and scoring applied by the rope 44. However, it is also anticipated that the horn wrap 100 would act to protect the horn 34 regardless of whether the attachment pieces are straight or bell-shaped. Having a single bell attachment piece 22a as shown in this figure does allow for protection of the pommel 40 without having a bell-shaped attachment piece at both ends of the strap 10.

FIG. 5 is another embodiment of the horn wrap 100. In this figure, the horn wrap 100 is shown with first and second straight attachment pieces 28a and 28b. In this embodiment, the strap 10 has a first width, while the first and second straight attachment pieces 28a and 28b have second and third widths that are equal to the first width.

FIG. 6 illustrates a saddle 30 having a horn 34 topped by a horn cap 32 at the front of the saddle 30. The horn 34 is set atop a pommel 40 (also referred to as the swells) which is at the front of the seat 38. The back of the seat 38 is the cantle 46. The swells 40 are somewhat curved on the underneath creating an open area referred to as the gullet 42. Where the seat 38 attaches to the pommel 40, an opening is left near the center of the seat 38 where it attaches at the front to the pommel 40. This aperture is referred to as the gullet slot 36.

In most instances when a rope 44 is dallied about the horn 34, it is done so in a counterclockwise direction. In this figure, the end of the rope 44 that is attached to the animal is at point B while the end of the rope 44 held by the rider is at point C. When weight is applied at the end of rope 44, torque and friction is applied in a clockwise direction. In any case, torque and friction are applied in a direction opposite that of the direction of the dally taken by the rider. As stated above, it is typical that dallies are taken in a counterclockwise direction because most ropers are right-handed and right-handed ropers dally counterclockwise.

In order to best counteract the torque and friction applied to it by the weight, the horn wrap 100 is applied to the horn 34 in a clockwise direction as indicated by arrow D. Applying the horn wrap 100 in the direction D, which is the same direction as the direction of torque as applied by the rope 44 results in the horn wrap 100 tightening about the horn 34 when torque and friction are applied by the rope 44.

FIG. 7A is a front view of the saddle 30. It better illustrates the open area of the gullet 42 as circumscribed by the pommel 40. It also indicates the general positioning of the horn 34, horn cap 32 and gullet slot 36.

In order to apply the horn wrap 100, the first bell attachment piece 22a (in a first embodiment of the horn wrap 100) is applied about the horn 34. The first tip 26a of the horn wrap 100 is thus anchored to the horn 34. The second tip 26b of the horn wrap 100 can then be extended from the horn 34, wrapped around the pommel 40 and through the gullet slot 36. The horn wrap 100 can then be wrapped about the horn 34.

6

Once again, arrow D indicates the direction of the anticipated wrapping of the horn wrap 100. However, the horn wrap 100 can be wrapped in either direction about the horn 34, but should be wrapped in the direction opposition that the rider intends to apply the dally.

FIG. 7C illustrates the horn wrap 100 further applied to the horn 34. In this figure, the horn wrap 100 has been attached to the horn 34 via the first bell attachment piece 22A. The horn wrap 100 has been wrapped around the pommel 40 through the gullet 42 and the gullet slot 36. It has then been wrapped around the horn 34 in an even layering of the strap 10. The second tip 26b can now be extended through the gullet slot 36 around the pommel 40 and through the gullet 42, then applied around the horn cap 32 and anchored about the horn 34. Applied in this manner, the horn wrap 100 presents a smooth surface on the horn 34 about which dally wraps may be taken. The smooth surface allows for virtually one hundred percent contact of the rope 44 to the horn wrap 100. This allows for greater friction to be applied by the horn wrap 100 to the rope 44 helping to stop the animal at the end of rope 44. Because both either of the first or second attachment pieces may be applied to the saddle horn 34 first, the horn wrap 100 may be used in orientation until such time as it becomes scorched and the rider wishes to remove it, flip it over and attach it as in a second orientation using the opposite attachment piece for the first attachment to the horn 34. Likewise, the double strap bevel 12 allows for this secondary use as well. The horn wrap 100 and its first and second bell attachment pieces 22a and 22b act to protect both the horn 34 and the pommel 40. The horn wrap 100 is easier to apply than traditional wraps because of the attachment pieces built into the horn wrap 100 itself. Further, because of the smooth, even layers of the horn wrap 100 as it is applied to the horn 34, the horn wrap 100 enjoys a comparatively longer useful life.

Finally, the width of the strap 10 can be varied. A narrow strap 10 width allows for many turns by the strap 10 about the horn 34, whereas a wider strap 10 width provides for quick application and only a few turns about the horn 34.

FIG. 8 illustrates the horn wrap 100 in an embodiment that makes it sizable to the saddle 30 and horn 34. The swell 40 shape and size of a saddle 30 will vary between different saddles 30. The horn wrap 100 may have multiple first apertures 20a at the strap first end 10a, and multiple second apertures 20b at the strap second end 10b in order to allow for more efficient sizing when applying the horn wrap 100 to the horn 34. FIG. 8 illustrates an embodiment with four (4) first apertures 20a and two (2) second apertures 20b, however it is anticipated that the horn wrap 100 may have additional or fewer apertures (not shown) at the strap first and second ends 10a and 10b. The multiple apertures 20a and 20b also allow the user to add or subtract wraps of the horn wrap 100 around the horn 34, thus making for thicker or thinner finished, wrapped dally horns 34. Excess strap 10 may be cut off for better fit. Multiple apertures may be built into the horn wrap 100 at either the strap first end 10a or strap second end 10b. Beginning the wrapping process at varying first apertures 20a near the strap first end 10a will cause the effective length of the strap 10 to be lengthened or shortened, and thus allow for more exact and user determined sizing of the horn wrap 100 on the horn 34. The first apertures 10a may be called sizing holes.

The second apertures 10b may be called keeper holes. The second apertures 10b are used to make the final attachment of the horn wrap 100 to the horn 34 and finish the application. Having multiple second apertures 10b allows the user to

US 8,037,665 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

reapply the wrap if the outermost second aperture 10b is damaged, thus prolonging the useful life of the horn wrap 100.

The horn wrap 100 is made from a rubber compound or other elastic material. The elasticity helps maintain the constriction of the horn wrap 100 about the horn 34, as well as size the horn wrap 100 to the horn 34. The material also has a certain softness. The elasticity and softness of the horn wrap 100 give the horn wrap 100 its coefficient of friction or "bite" against the rope 44 when a dally is taken and weight is applied against the livestock rope end B. The horn wrap's 100 elasticity may be measured as a percent of elongation, or, how much the material will stretch in size before failing. The present invention anticipates horn wraps 100 having elasticities that range from 100% elongation to 2500% elongation. However, in a preferred embodiment, the horn wraps 100 having elasticities that range from 400% elongation to 1600% elongation.

The softness of the horn wrap 100 material is measured in durometers. Durometer is typically used as a measure of hardness in polymers, elastomers and rubbers, and have a value between 0 and 100, with higher values indicating a harder material. A udometer measures the depth of an indentation in the material created by a given force. The present invention anticipates horn wraps 100 having a softness that ranges from 30 to 60 durometers on the A scale. However, in a preferred embodiment, the horn wraps 100 have a softness that ranges from 40 to 55 durometers on the A scale.

By vary the softness and the elasticity of the horn wrap 100 material, the user can effectively select the general amount of bite or slide the horn wrap 100 will have. A horn wrap that is softer and more elastic will create a greater coefficient of friction and more bite, but will not have as long of a useful life. While a horn wrap that is harder and less elastic will create a lesser coefficient of friction and less bite, but will have a relatively longer useful life.

Other preferred characteristics of the horn wrap 100 material may be having a melting point temperature of 125° to 300° F., with the preferred embodiment having a melting point temperature of 125° to 225° F.; a tear strength of 125 to 325 psi, with the preferred embodiment having a tear strength of 170 to 225 psi; and a tensile strength of 1000 to 3500 psi, with the preferred embodiment having a tensile strength of 1500 to 2500 psi.

FIG. 9 illustrates the horn wrap 100 having an area of surface texturing 48. The texturing 48 of the horn wrap 100 can be used in varying ways as chosen by the user. The user's choice is made by how the user installs the horn wrap 100. The user may choose to install the horn wrap 100 with the texturing 48 facing out, away from the saddle horn 34, or with the texturing 48 facing in, toward the saddle horn 34. The texturing 48 of the strap 10 may take many embodiments—ridges, bumps, grooves, lines, and may be patterned or irregular.

When the user takes a dally, and the rope 44 is wrapped around the horn 34, the user holding the rope 44 at the rider rope end C anchors the rope as force is applied to the livestock rope end C. The livestock is able to be secured by the user, despite the weight of the livestock and the movement of the horse, due to the wraps of the rope 44 about the horn 34 and the friction of the rope 44, created by the wraps, against the horn 34 and strap 10. In order to enhance or minimize the coefficient of friction of the strap 10, the horn wrap 100 is applied to the saddle horn 34 with the texturing 48 facing out. The type of texturing 48 may be varied so as to further increase or decrease the strap's 10 coefficient of friction.

Conversely, if the user installs the texturing 48 facing inward toward the horn 34, then the texturing 48 will act to

increase the shock absorbency of the horn wrap 100. As is illustrated, the texturing 48 may be positioned along the strap 10 so that it will become the outermost layers of the horn wrap 100 when the strap 10 is installed on the saddle horn 34.

FIG. 10 illustrates an embodiment of the texturing 48. The raised and recessed portions of the texturing 48 provide for increased/decreased friction or shock absorption depending upon whether the texturing is installed toward the horn 34, or away from the horn 34.

FIG. 11 illustrates the horn wrap 100 installed on a horn 34. In this figure, the texturing 48 has been installed facing away from the horn 34. Although there is a relatively small portion of the strap 10 that has texturing 48 (see FIG. 9), the texturing 48 is placed on the strap such that when applied to the horn 34 the texturing 48 ends up being the outer layer 50 of the horn wrap 100.

Application of the horn wrap 100 is accomplished by, from the seat 38, inserting the strap first end 20a through the gullet 42 and placing the first aperture 20a over the horn 34. the remainder of the strap 10 is wrapped clockwise (as viewed from above looking toward the front of the saddle 30) about the horn 34 until a short amount remains. It is generally advisable to wrap the first layer very tight, making sure there gaps or air bubbles. The remaining turns are kept tight, but not overly stretched, and keeping air from between the layers. On the outer wrap 50, lower the strap 10 so that the strap edge 18 of the outer wrap 50 extends out over the swell 40. From the right side of the horn 34, insert the strap second end 10b through the gullet 42 and place the second aperture 20b over the horn 34. The strap edge 18 that extends out over the swell 40 is rolled upward, and the strap 10 adjacent to the second aperture 20b is snugged up close to the horn 34. The strap edge 18 is rolled back down and out over the swell 40. If there are multiple second apertures 20b (or keeper holes), then this last step may be repeated. The horn wrap 100 as applied to a horn 34, is a multilayered covering with no twists. Making the finished application's outer layer 50 relatively smooth. Further, the application process will create a covering that is somewhat concave, tending to urge the dally of a rope 44 toward the middle of the horn 34.

Although the invention has been described with reference to specific embodiments, this description is not meant to be construed in a limited sense. Various modifications of the disclosed embodiments, as well as alternative embodiments of the inventions will become apparent to persons skilled in the art upon the reference to the description of the invention. It is, therefore, contemplated that the appended claims will cover such modifications that fall within the scope of the invention.

I claim:

1. An apparatus for protecting a saddle horn from friction applied by a rope comprising:

a strap, said strap being elongated;

a first attachment piece integrated into said strap at a first end of said strap;

said strap having a strap center;

said strap center having a surface and wherein said strap center surface is textured so as to increase the coefficient of friction of said strap center surface; and

an aperture through said first attachment piece, wherein said aperture when in use, fits around said saddle horn a second attachment piece integrated into said strap; an aperture through said second attachment piece, wherein said aperture, when in use, fits around said saddle horn; wherein said strap, first and second attachment pieces are elastic in nature.

US 8,037,665 B2

9

10

**2**. The apparatus of claim **1**, wherein said second width is wider than said first width.

**3**. The apparatus of claim **2**, wherein said first attachment piece is one of a generally circular, oval, bell, square, or rectangular shape.

**4**. The apparatus of claim **3**, wherein said strap comprises:

a strap bevel adjoining said strap center at a shoulder; a strap edge at the edge of said strap bevel opposite said shoulder,

wherein said strap center has a first thickness, and said strap bevel has a decreasing thickness from said shoulder to said strap edge.

**5**. The apparatus of claim **3**, wherein said first and second attachment pieces have curvature axes running perpendicular to said strap and generally through said apertures of each said attachment pieces, and wherein said first and second attachment pieces are curved about said curvature axes.

**6**. The apparatus of claim **2**, wherein said strap comprises:

a strap bevel adjoining said strap center at a shoulder; and

a strap edge at the edge of said strap bevel opposite said shoulder, wherein said strap center has a first thickness, and said strap bevel has a decreasing thickness from said shoulder to said strap edge.

**7**. The apparatus of claim **2**, wherein said first attachment piece has a curvature axis running perpendicular to said strap and generally through said aperture, and wherein said first attachment piece is curved about said curvature axis.

**8**. The apparatus of claim **1**, further comprising:

a second attachment piece attached to said strap at a second end of said strap, said second attachment piece having a third width;

wherein said third width is wider than said first width; and

an aperture through said second attachment—piece, wherein said aperture is sized-to-fit around said saddle horn.

**9**. The apparatus of claim **8**, wherein said first and second attachment pieces are of a generally circular, oval, bell, square, or rectangular shape.

**10**. The apparatus of claim **8**, wherein said strap comprises:

a strap bevel adjoining said strap center at a shoulder; and

a strap edge at the edge of said strap bevel opposite said shoulder, wherein said strap center has a first thickness, and said strap bevel has a decreasing thickness from said shoulder to said strap edge.

**11**. The apparatus of claim **8**, wherein said first attachment piece has a curvature axis running perpendicular to said strap and generally through said aperture, and wherein said first attachment piece is curved about said curvature axis.

**12**. The apparatus of claim **1**, wherein said strap comprises:

a strap bevel adjoining said strap center at a shoulder; and a strap edge at the edge of said strap bevel opposite said shoulder,

wherein said strap center has a first thickness, and said strap bevel has a decreasing thickness from said shoulder to said strap edge.

**13**. The apparatus of claim **1**, wherein said strap and said first attachment piece are elastic and have elasticities that range from 100% elongation to 2500% elongation.

**14**. The apparatus of claim **1**, wherein said strap and said first attachment piece are elastic and have elasticities that range from 400% elongation to 1600% elongation.

**15**. The apparatus of claim **1**, wherein said strap and said first attachment piece have a softness that ranges from 30 to 60 durometers.

**16**. The apparatus of claim **1**, wherein said strap and said first attachment piece have a softness that ranges from 40 to 55 durometers.

\* \* \* \* \*

*Welcome to Dallywrap.com. Home of the...*

## Better Dally Wrap

Home

BetterDally

Installation Guide

Contact Us

Distributors

Distributors-International

<u>Order Now</u>

Gift Shop

FAQ

Gallery

Testimonials

Links We Like

FOLLOW US ON FACEBOOK



Please Support
our Distributors!
(To visit the website - click on the logo below)

Texas




NRSworld.com

### Order Now

To purchase a BetterDally Wrap, please visit one of our **Distributors**.

If you do not have a representative in your area, you can order thru our online store below.

To View Your Shopping Cart Click here 

NEW Generation BetterDally Saddle Horn Wrap Full-Set Package-$28.00ea

*The BetterDally-Black material is great for both Heading/Heeling & Ranch work!



*Add to Cart*

*The BetterDally-Red/Brown material is mainly used by Headers!



*Add to Cart*

NEW Double-Lock Wear Strips Kit- 2 Strips Per Kit- $22.00 each



*Add to Cart*



*Add to Cart*

BetterDally Logo Shirt Patch-$5.00 each



**Exhibit C**

*Add to Cart*

# *BetterDally Wrap*

- Home
- **BetterDally**
- Installation Guide
- Contact Us
- Distributors
- Distributors-International
- Order Now
- Gift Shop
- FAQ
- Gallery
- Testimonials
- Links We Like

FOLLOW US ON FACEBOOK



Please Support
our Distributors!
(To visit the website - click on the logo below)

Texas





BetterDally Wrap

## *BetterDally Wrap*

## Take a look at the NEW Generation

## BetterDally Saddle Horn Wrap









### Improvements to the New Generation BetterDally wrap Design include:

1. The original BetterDally Swell Wrap-importantly used to keep ropes from getting caught at the base of the saddle horn.

2. The original BetterDally Main Body Wrap- importantly used to keep the ropes from damaging the saddle horn

3. **NEW Double-Lock Wear Strip-This new extra-long and wider wear strip takes the place of the original two smaller wear strips. Most importantly the Double-Lock Strip has two narrow strips off the ends that allows for a double tie off.**

## NO MORE BLACK MARKS ON YOUR EXPENSIVE JEANS AND NO MORE RUINED ROPES




**IMPORTANT INFORMATION**

*When placing your dally wrap and dally strips on your horn wrap CLOCKWISE & BE SURE TO STRETCH THE MATERIAL 30-40% more than its original length (g) best fit. Putting the material on loosely will cause the material to roll.

*When you put the BetterDally wrap on your horn for the first time, BE SURE TO USE A NEW ROPE. Old ropes that have built up cabria from old dally wraps will cause your rope to slip and the dally wrap to break down faster.

* We do not assume to gurantee the longevity of the BetterDally wrap because of the vast variety of ropers and uncomfortable environments that the dally wrap can be used in for.



# TRPSA
### ATTORNEYS AT LAW

## TUGGEY ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP
#### Stanley D. Rosenberg, Founder and Senior Partner

#### SAN ANTONIO
755 East Mulberry, Suite 200 • San Antonio, TX 78212
Tel 210.225.5000 • Fax 210.354.4034 • www.trpsalaw.com
AUSTIN • WASHINGTON, DC

**Direct: (210) 244-8858**
**Email: cwhite@trpsalaw.com**

July 28, 2009

Shredfast dba Four Quarter Circle, LLC.
P.O. Box 1180
Airway Heights, WA 99001

  Re: Sales of unauthorized dally horn wraps

To Whom It May Concern:

  Tuggey Rosenthal Pauerstein Sandoloski Agather LLP is intellectual property counsel for RopeSmart of San Antonio, Texas.

  RopeSmart has developed various new and improved dally horn wraps, some of which it has been marketing under the trademark PRO DALLY WRAP. RopeSmart invested substantial amounts of money and years of hard work to develop its designs. RopeSmart's investment and hard work has created a successful product that is creating a sensation in the roping industry and an overall favorable reputation for RopeSmart.

  RopeSmart's dally horn wrap designs was so valuable that on RopeSmart filed to obtain federal patent protection for them. Recently, my client has become aware of your copy of the PRO DALLY WRAP, which appears to be a similarly designed dally horn wrap. Our client has received several inquiries relating to your copy of the PRO DALLY WRAP.

  This correspondence is intended to make you aware that RopeSmart has filed for patent protection on its innovative horn wrap designs, and give you formal notice that your dally horn wrap, marketed under the name BETTERDALLY WRAP, may infringe some of the claims therein. If there is indeed infringement of an issued claim, my client has a duty to the public and a right to prevent such copying of its intellectual property by you.

  Whatever your investment in the BETTERDALLY WRAP to date, it is less than the cost of major patent litigation in federal court. Nevertheless, RopeSmart has already a significant amount of resources over years preparing to protect itself against another business that might copy its technology.

# Exhibit D



# TRPSA
### ATTORNEYS AT LAW

July 28, 2009
Page 2


RopeSmart does not desire to cause your business any unnecessary harm. There are plenty of competitors in this market. RopeSmart welcomes your company's participation in the marketplace. The only problem RopeSmart is currently aware of is that it appears from your web-site that your BETTERDALLY WRAP design may infringe some of the claims of its patent application(s). Thus, in going forward, please carefully consider whether your design may infringe my client's. You should consult with your own attorney concerning this matter, because if it does infringe any patent claim of my client's that may issue, you will have marketed and sold such products with knowledge of the import of such actions, and RopeSmart will have no choice but to consider all of its legal alternatives.

Sincerely,

Cline H. White


CHW/dmr